## SMITH *v.* THE STATE.

Informations for felonies must aver the existence of the facts necessary, to give the Court of Common Pleas jurisdiction to try the case.

APPEAL from the *Kosciusko* Common Pleas.

*Per Curiam.*—Information against the appellant for a rape. Trial and conviction. The judgment against the accused must be reversed. The *information* alleges no facts giving the Court jurisdiction, either the consent of the accused, or otherwise. That the *information* must allege the facts giving jurisdiction, as they are traversable, has been decided in numerous cases.

The judgment is reversed, and the cause remanded.

The clerk will give the proper notice for a return of the prisoner to *Kosciusko* county.

*J. E. McDonald* and *A. L. Roache*, for the appellant.